Robert E. Barnes, Cal. Bar # 235919
Barnes Law
22631 Pacific Coast Highway/Suite 362
Malibu, CA 90265
Tel: (310) 510-6211/ Fax: (310) 510-6225
E-mail: robertbarnes@barneslawllp.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE PEACE AND FREEDOM PARTY, PETA LINDSAY, AND RICHARD BECKER, <br><br> Plaintiffs, <br> v. <br><br> DEBRA BOWEN, in her official capacity as Secretary of State of California, <br><br> Defendant. | ) <br> ) No. 2:12-cv-00853-GEB-EFB <br> ) <br> ) STIPULATION SETTING BRIEFING <br> ) SCHEDULE AND ORAL ARGUMENT <br> ) ON PLAINTIFF'S MOTION FOR <br> ) PRELIMINARY INJUNCTION <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATED MOTION FOR SETTING BRIEFING SCHEDULE AND ORAL ARGUMENT ON PRELIMINARY INJUNCTION HEARING**

Plaintiffs Peta Lindsay, The Peace and Freedom Party and Richard Becker, having met and conferred with Defendant Debra Bowen, (collectively "the Parties"), concerning a proposed briefing schedule and oral argument on Plaintiffs' motion for preliminary injunction, which Plaintiffs anticipate filing on April 9, 2012, with this Stipulation and Proposed Order.

Accordingly, the Parties hereby stipulate, subject to Court approval, as follows:

1. Plaintiffs will file their motion and supporting papers by April 9, 2012, which memorandum of law will not exceed 35 pages;

2. The Defendant will file their opposition papers by April 18, 2012, which memorandum of law will not exceed 35 pages;

3. The Plaintiffs will file their reply brief by April 20, 2012, which memorandum of law will not exceed 10 pages;

4. Subject to the Court's availability and Court approval of this Stipulation, oral argument will be held on April 24, 2012. The other dates available for the parties that week, subject to the Court's availability and Court approval of the stipulation, are April 23, 2012 and April 26, 2012.

5. The reason the Plaintiffs seek expedited resolution outside of the 28-day motion period is to allow time for the court's adjudicatory process, and all briefings and argument concerning thereto, within the time frame Plaintiffs believe is needed for the Secretary of State to order any changes to the primary nomination ballot of the Peace and Freedom Party prior to the May 7, 2012, mail-in voting period commencing.

**SO STIPULATED.**

FOR THE PLAINTIFFS

DATED: APRIL 6, 2012         /s/Robert Barnes
Barnes Law
22631 Pacific Coast Highway Suite 362
Malibu, Ca 90265
Tel:(310)510-6211
E-mail: robertbarnes@barneslawllp.com
Attorney for Plaintiff

DATED: APRIL 6, 2012

FOR THE DEFENDANT

/s/ Tamar Pachter
Supervising Deputy Attorney General
Government Law Section
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Direct Dial: 415.703.5970

ORDER

In consideration of the foregoing Stipulation, it is hereby ORDERED that the Stipulation is Granted. It is further ordered that oral argument on Plaintiff's Motion for Preliminary Injunction will be held on April 26, 2012 at 9:00 a.m.

SO ORDERED.

**Date: 4/10/2012**

GARLAND E. BURRELL, JR.
United States District Judge