Robert E. Barnes, Cal. Bar # 235919
Barnes Law
22631 Pacific Coast Highway/Suite 362
Malibu, CA 90265
Tel: (310) 510-6211/ Fax: (310) 510-6225
E-mail: robertbarnes@barneslawllp.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| THE PEACE AND FREEDOM PARTY, PETA LINDSAY, AND RICHARD BECKER, | ) ) ) | No. 2:12-cv-00853-GEB-EFB |
| Plaintiffs, | ) ) ) ) | STIPULATION SETTING BRIEFING SCHEDULE AND ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |
| v. | ) | |
| DEBRA BOWEN, in her official capacity as Secretary of State of California, | ) ) ) ) | |
| Defendant. | ) ) | |

**STIPULATED MOTION FOR SETTING BRIEFING SCHEDULE AND ORAL ARGUMENT ON PRELIMINARY INJUNCTION HEARING**

Plaintiffs Peta Lindsay, The Peace and Freedom Party and Richard Becker, having met and

conferred with Defendant Debra Bowen, (collectively "the Parties"), concerning a proposed

briefing schedule and oral argument on Plaintiffs' motion for preliminary injunction, which

Plaintiffs anticipate filing on April 9, 2012, with this Stipulation and Proposed Order.

Accordingly, the Parties hereby stipulate, subject to Court approval, as follows:

1.  Plaintiffs will file their motion and supporting papers by April 9, 2012, which

memorandum of law will not exceed 35 pages;

2.      The Defendant will file their opposition papers by April 18, 2012, which

memorandum of law will not exceed 35 pages;

3.      The Plaintiffs will file their reply brief by April 20, 2012, which memorandum of

law will not exceed 10 pages;

4.      Subject to the Court's availability and Court approval of this Stipulation, oral

argument will be held on April 24, 2012. The other dates available for the parties that

week, subject to the Court's availability and Court approval of the stipulation, are April

23, 2012 and April 26' 2012.

5.      The reason the Plaintiffs seek expedited resolution outside of the 28-day motion

period is to allow time for the court's adjudicatory process, and all briefings and argument

concerning thereto, within the time frame Plaintiffs believe is needed for the Secretary of

State to order any changes to the primary nomination ballot of the Peace and Freedom

Party prior to the May 7, 2012, mail-in voting period commencing.


**SO STIPULATED.**


                                    FOR THE PLAINTIFFS

DATED: APRIL 6, 2012            /s/Robert Barnes
                                Barnes Law
                                22631 Pacific Coast Highway Suite 362
                                Malibu,Ca 90265
                                Tel:(310)510-6211
                                E-mail: robertbarnes@barneslawllp.com
                                Attorney for Plaintiff

DATED: APRIL 6, 2012

FOR THE DEFENDANT

/s/ Tamar Pachter
Supervising Deputy Attorney General
Government Law Section
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Direct Dial:  415.703.5970

ORDER

In consideration of the foregoing Stipulation, it is hereby ORDERED that the Stipulation is

Granted. It is further ordered that oral argument on Plaintiff's Motion for Preliminary Injunction will

be held on April 26, 2012 at 9:00 a.m.

SO ORDERED.

**Date:  4/10/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge