KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
ALEXANDRA ROBERT GORDON, State Bar No. 207650
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5509
 Fax: (415) 703-5480
 E-mail: Alexandra.RobertGordon@doj.ca.gov
*Attorneys for Defendant Secretary of State Debra Bowen*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEACE AND FREEDOM PARTY, PETA LINDSAY, and RICHARD BECKER,**<br><br>Plaintiffs,<br><br>v.<br><br>**DEBRA BOWEN, in her official capacity as Secretary of State of the State of California,**<br><br>Defendant. | 12-00853-GEB-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER RE CHANGING HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>**(Local Rule 230(f))**<br><br>Courtroom: 10<br>Judge: The Hon. Garland E. Burrell, Jr.<br>Action Filed: April 3, 2012 |

1   Plaintiffs The Peace and Freedom Party, Peta Lindsay, and Richard Becker (collectively,
2   the "Plaintiffs") and Defendant Secretary of State of California Debra Bowen (collectively, the
3   "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:
4   WHEREAS, on May 25, 2012, Defendant filed a motion to dismiss, currently set for
5   hearing on August 27, 2012;
6   WHEREAS, on August 10, 2012, counsel for Plaintiffs notified counsel for Defendant
7   that a conflict had arisen on the August 27, 2012 hearing date and proposed continuing the
8   hearing date to September 10, 2012 or the earliest date thereafter that is convenient for the Court;
9   WHEREAS, counsel for Defendant is amenable to the proposed continuance so long as it
10  is acceptable to the Court;
11  WHEREAS, if the Court continues the hearing to September 10, 2012, or a date
12  thereafter, the parties wish to modify the briefing schedule so that, pursuant to Local Rule 230,
13  Plaintiffs' opposition to the motion to dismiss would be due on August 20, 2012, and Defendant's
14  reply would be due on September 3, 2012;
15  WHEREAS, no previous extensions of time or continuances have been sought on this
16  motion;
17  THEREFORE, in consideration of the foregoing, it is hereby stipulated that:
18  The hearing date on Defendant's motion to dismiss shall be continued until September 10,
19  2012, or the earliest date thereafter that is convenient for the Court;
20  Pursuant to Local Rule 230, Plaintiffs' opposition to the motion to dismiss shall be due on
21  August 20, 2012; and
22  Pursuant to Local Rule 230, Defendant's reply shall be due on September 3, 2012.
23
24
25
26
27
28

| | |
|---|---|
| Dated: August 10, 2012 | By: KAMALA D. HARRIS<br>Attorney General of California<br>TAMAR PACHTER<br>Supervising Deputy Attorney General<br><br>*/s/ Alexandra Robert Gordon*<br>ALEXANDRA ROBERT GORDON<br>Deputy Attorney General<br>*Attorneys for Defendant Secretary of State Debra Bowen* |
| Dated: August 10, 2012 | By: BARNES LAW<br><br>*/s/ Robert Barnes*<br>ROBERT BARNES<br>*Attorneys for Plaintiffs Chinatown Neighborhood Association and Asian Americans for Political Advancement* |

IT IS SO ORDERED.

**Date: 8/13/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge